**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Woozyfly, Inc                                              CASE NO.: 09–13022–jmp

aka   Woozyfly Productions
aka   Pet Express Supply, Inc
aka   Woozyfly.com
aka   CJ Vision Enterprises, Inc.

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
20–3768799

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable James M. Peck in this Chapter 11 case.

Woozyfly, Inc was dismissed from the case on November 14, 2013 .

Dated: November 14, 2013                                          Vito Genna
                                                                  Clerk of the Court